

# NUMBER 13-21-00229-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

---

## IN THE INTEREST OF A.D.A., A CHILD

---

**On appeal from the 430th District Court
of Hidalgo County, Texas.**

---

# ORDER

**Before Chief Justice Contreras and Justices Hinojosa and Silva
Order Per Curiam**

This cause is before the Court on appellant's third motion for extension to file appellant's brief. Appellant requests a five-day extension from the current due date of October 12, 2021.

The Court, having fully examined and considered appellant's motion is of the opinion that the motion should be granted. The Court, however, requires strict adherence to the briefing rules in appeals of parental termination cases, such as this appeal, and looks with disfavor upon the delay caused by such extension requests. *See* TEX. R. APP.

P. 38.6; *see also id*. at R. 28.4.

It is therefore ordered that the Honorable Victoria Guerra, counsel for appellant, file the appellate brief with this Court by October 18, 2021. No further motions for extension will be granted.

PER CURIAM

Delivered and filed on the
14th day of October, 2021.